UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROLYN RUSSELL,  

    Plaintiff,

vs.

CAVALRY PORTFOLIO SERVICES, LLC;

    Defendant.
_____/

Case No.: 1:21-cv-22820-JEM

Honorable Jose E. Martinez
Judge Presiding

Honorable Jacqueline Becerra
Magistrate Judge

**NOTICE OF DISCOVERY HEARING**

**PLEASE TAKE NOTICE** that a hearing will take place before the Honorable Jacqueline Becerra, on **Thursday, October 28, 2021** at 9:00 am EDT via telephone conference on the following discovery matters:

*The parties dispute whether this Court has jurisdiction over the action. Until this issue is resolved, Defendant, Cavalry Portfolio Services, LLC has requested an extension of time for it to respond to Plaintiff's written discovery requests and to appear for Rule 30(b)(6) deposition until after Defendant's Motion to Transfer Pursuant to the "First-Filed Rule" [D.E. 5], which is fully-briefed and ripe for ruling, is adjudicated and the Court with proper jurisdiction over the action is determined. The Plaintiff has denied the request for extension and Cavalry Portfolio Services, LLC seeks intervention from the Court on this issue.*

At the time of the hearing, all attending parties shall appear by dialing in to chambers at (866) 390-1828, Access Code: 2046890.

**Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), United States District Court, Southern District of Florida, the undersigned counsel for Cavalry conferred with counsel for Plaintiff who did not agree to the above-requested extension, but agreed to bring this discovery matter before the Court; however,

1

Plaintiff agreed to extend the current deadlines for Defendant to respond to Plaintiff's written discovery requests pending a ruling on this discovery matter.

Dated: October 20, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**CAVALRY PORTFOLIO SERVICES, LLC,**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Christopher P. Hahn
　　　　　　　　　　　　　　　　　　　　　　Christopher P. Hahn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 87577
　　　　　　　　　　　　　　　　　　　　　　MAURICE WUTSCHER LLP
　　　　　　　　　　　　　　　　　　　　　　2255 Glades Road, Suite 324A
　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　　　　　　Tel: (772) 237-3410
　　　　　　　　　　　　　　　　　　　　　　Fax: (866) 581-9302
　　　　　　　　　　　　　　　　　　　　　　chahn@MauriceWutscher.com
　　　　　　　　　　　　　　　　　　　　　　litigation@MauriceWutscher.com

## Certificate of Service

The undersigned hereby certifies that, on this **20th of October 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

　　　　　　　　　　　　　　　　　　　　　　/s/Christopher P. Hahn